```
_____
| ___ FILED        ___ RECEIVED     |
| ___ ENTERED      ___ SERVED ON    |
|        COUNSEL/PARTIES OF RECORD  |
|    _____      |
|   |                         |     |
|   |      APR 1 8 2011       |     |
|   |_____|     |
|     CLERK US DISTRICT COURT       |
|        DISTRICT OF NEVADA         |
| BY:_____ DEPUTY |
_____
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,       )
                                )
        v.                       )        2:10-CR-105-JCM (LRL)
                                )
TONY DARNELL HUNTER,             )
                                )
                Defendant.       )
_____)

**FINAL ORDER OF FORFEITURE**

On October 15, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TONY DARNELL HUNTER to criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant TONY DARNELL HUNTER pled guilty. #1, #24, #25, #26.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 27, 2010 through November 25, 2010, notifying all known third parties of their right to petition the Court. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time
2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8   law:

9          a.      a Remington, Model 870, 12-gauge shotgun, serial number A818834M;
10         b.      a Coast to Coast, Model 267H, 12-gauge shotgun;
11         c.      a Beretta, Model 21A, .22 caliber pistol, serial number BAS51388U; and
12         d.      any and all ammunition.

13   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
15   any income derived as a result of the United States of America's management of any property forfeited
16   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
18   certified copies to the United States Attorney's Office.

19   DATED this 18th day of April, 2011.

20
21   UNITED STATES DISTRICT JUDGE
22
23
24
25
26