1

2

3

4

5

6                     **UNITED STATES DISTRICT COURT**

7                           **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,              )
                                           )
9                   Plaintiff,             )
                                           )
10         v.                              )          2:10-CR-105-JCM (LRL)
                                           )
11  TONY DARNELL HUNTER,                   )
                                           )
12  _____Defendant._____   )

13                     **FINAL ORDER OF FORFEITURE**

14          On October 15, 2010 (Docket #25), the United States District Court for the District of Nevada

15  entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18,

16  United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon

17  the plea of guilty by defendant TONY DARNELL HUNTER to criminal offense, forfeiting specific

18  property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus

19  to the offense to which defendant TONY DARNELL HUNTER pled guilty.

20          This Court finds the United States of America published the notice of the forfeiture in

21  accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

22  consecutively from October 27, 2010 through November 25, 2010, notifying all known third parties

23  of their right to petition the Court.

24          This Court finds no petition was filed herein by or on behalf of any person or entity and the

25  time for filing such petitions and claims has expired.

26  . . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time

2 for presenting such petitions has expired.

3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8 law:

9         a.    a Remington, Model 870, 12-gauge shotgun, serial number A818834M;

10        b.    a Coast to Coast, Model 267H, 12-gauge shotgun;

11        c.    a Beretta, Model 21A, .22 caliber pistol, serial number BAS51388U; and

12        d.    any and all ammunition.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

14 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

15 any income derived as a result of the United States of America's management of any property forfeited

16 herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

17    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

18 certified copies to the United States Attorney's Office.

19    DATED this 21st day of April, 2011.

20

21                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

2

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on April 20th, 2011 by the below identified method of service:

CM/ECF

Raquel Lazo
Jason F. Carr
Federal Public Defenders
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
Attorneys for the Defendant Tony Darnell Hunter

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal