**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-105-JCM (LRL) |
| TONY DARNELL HUNTER, | ) |
| Defendant. | ) |

**AMENDED FINAL ORDER OF FORFEITURE**

On October 15, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TONY DARNELL HUNTER to criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant TONY DARNELL HUNTER pled guilty. Docket #24, # 25, #26.

On April 21, 2011, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant TONY DARNELL HUNTER pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7), forfeiting property of the defendant TONY DARNELL HUNTER to the United States. #24, #25, #26, #41.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from October 27, 2010, through November 25, 2010, notifying all third parties of their right to petition the Court. #27.

On May 5, 2011, ESTER KIPP ("ESTHER KIPP") was personally served with a copy of the Notice and the Preliminary Order of Forfeiture as to Defendant TONY DARNELL HUNTER. #45, pp. 2-8.

On July 7, 2011, John Turney (Metro Police Officer) was personally served with a copy of the Notice and the Preliminary Order of Forfeiture as to Defendant TONY DARNELL HUNTER. #45, pp. 9-15.

On July 28, 2011, Douglas C. Gillespie, Sheriff - Las Vegas Metropolitan Police Department, was personally served with a copy of the Notice and the Preliminary Order of Forfeiture as to Defendant TONY DARNELL HUNTER. #45, pp. 16-22.

On June 9, 2011, Douglas C. Gillespie, Sheriff - Las Vegas Metropolitan Police Department, c/o Rick Management, City Hall, was personally served with a copy of the Notice and the Preliminary Order of Forfeiture as to Defendant TONY DARNELL HUNTER. #45, pp. 23-37.

On September 26, 2011, the Petition, Stipulation for Return of Property and Order regarding the Beretta, Model 21A, .22 caliber pistol, serial number BAS51388U, claimed by Esther Kipp, was filed. #46.  On October 5, 2011, the Court entered the Order granting the Petition, Stipulation for Return of Property. #47.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C) and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Remington, Model 870, 12-gauge shotgun, serial number A818834M;

    b.    a Coast to Coast, Model 267H, 12-gauge shotgun, no serial number;

    c.    a Beretta, Model 21A, .22 caliber pistol, serial number BAS51388U; and

    d.    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 6th day of October, 2011.

                                                */s/ James C. Mahan*
                                                UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Amended Final Order of Forfeiture on October 6, 2011 by the below identified method of service:

CM/ECF

Raquel Lazo
Jason F. Carr
Federal Public Defenders
411 E. Bonneville Avenue
Las Vegas, NV 89101
Email: ECF_Vegas@fd.org
Email: Raquel_Lazo@fd.org
Attorneys for the Defendant Tony Darnell Hunter

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal

4